UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

**IN THE MATTER OF:**

Mary B. Hopkins,                                      Bankruptcy Case No. 20-31372
                                                                  Honorable Joel D. Applebaum
                                                                  Chapter 13

                Debtor.
_____/

## NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

Now comes the Debtor, Mary B. Hopkins, by and through her attorneys, Beadle Smith, PLC, and notifies this court of conversion of this Chapter 13 case to a case under Chapter 7 of Title 11 of the United States Code, and in support thereof, states the following:

1. Debtor filed a Voluntary Petition under Chapter 13 of Title 11 of the United States Code on August 5, 2020.

2. Under 11 USC 1307(a), Debtor is entitled to convert this instant case under Chapter 13 to a case under Chapter 7.

3. This case has not been previously converted.

4. Debtor files this notice in good faith and Debtor is eligible for relief under Chapter 7 of Title 11 of the United States Code.

WHEREFORE, Debtor, pursuant to 11 USC 1307(a) hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of Title 11 of the United States Code.

                                                     Respectfully submitted:

                                                     /s/ Thomas L. Beadle
                                                     Thomas L. Beadle (P39203)
                                                     Beadle Smith, PLC
                                                     Attorneys for Debtor
                                                     445 South Livernois, Suite 305
                                                     Rochester Hills, MI 48307-2577
                                                     (248) 650-6094, Ext. 18; (248) 650-6095 (fax)
                                                     tbeadle@bbssplc.com

Dated: February 4, 2021

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN THE MATTER OF:**

Mary B. Hopkins,                                    Bankruptcy Case No. 20-31372
                                                               Honorable Joel D. Applebaum
                                                               Chapter 13
             Debtor.
_____/

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 4, 2021, I served the Notice of Conversion of Chapter 13 case to Chapter 7 and this Certificate of Service on:

Mary B. Hopkins
8169 North Port
Grand Blanc, MI 48439

and all creditors on the attached matrix list by United States first-class mail and all recipients entitled to ECF transmission.

                                                         /s/ Thomas L. Beadle
                                                         Thomas L. Beadle (P39203)
                                                         Beadle Smith, PLC
                                                         Attorneys for Debtor
                                                         445 South Livernois, Suite 305
                                                         Rochester Hills, MI 48307-2577
                                                         (248) 650-6094, Ext. 18; (248) 650-6095 (fax)
                                                         tbeadle@bbssplc.com

Dated: February 4, 2021